March 14, 2012

United State Eastern District Court
Brooklyn Courthouse (Main Office)
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ MAR 21 2012 ★ BROOKLYN OFFICE*

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ MAR 19 2012 ★ BROOKLYN OFFICE*

To Whom it May Concern:

My name is Kelly Tassio, my criminal docket number is 07-CR-273. The presiding Judge on my case was Honorable Carol B. Amon.

I am writting to the court today to request to be released from the remainder of my supervised release. I have completed two years of a three year term. I have followed all guidelines and stipulations set fourth throughout my sentencing. My supervised release was down graded to a lower case level.

The current Probation Office, and Officer I am assigned to is:

- Ms. Monica Martin, USPO
  TINTON FALLS OFFICE
  766 SHREWSBURY AVE, 1ST FLOOR
  TINTON FALLS, NJ 07724
  PHONE (732) 933-9412
  FAX (732) 933-9427

I liked to thank the court for their time concerning this matter.

Sincerely,

*[signature: Kelly Tassio]*

Kelly Tassio
1 Blv South
Cliffwood Beach, NJ 07735

*[Handwritten note:]* The United States Probation Depart and the U.S. Attorney for the E.D.N.Y. are directed to provide the Court with their positions on this application by 4/6/12. So Ordered.

3/21/12

1